```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF NEW HAMPSHIRE
```

Commissioner of the
NH Insurance Department,
     Plaintiff

     v.                                     Civil No. 05-cv-278-SM

Employers Insurance Company
of Wausau,
     Defendant


**O R D E R**


Denied [13] Motion to Remand.  The commissioner's effort to conform the new complaint in a manner sufficient to warrant abstention is apparent, but not effective.  The dispositive issues remain essentially as described by the court of appeals in Sevigny v. Employers Ins. of Wausau, 411 F.3d 24 (1st Cir. 2005). The state statute likely either protects defendant's set off because it is mutual, or it does not because it is not mutual, or, it may be "mutual" for purposes of these proceedings because the commissioner is precluded by the prior arbitration from arguing otherwise.  There are a number of complicated issues, but they are "not so intertwined with issues of agency authority or state regulatory policy that their federal-court resolution would imperil a complex regulatory scheme."  Id. at 29.  A pretrial conference will be scheduled by the clerk at which the parties

should be prepared to discuss the possible certification of dispositive state law issues to the New Hampshire Supreme Court.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

August 3, 2006

cc: Peter C. L. Roth, Esq.
　　Andrew R. Levin, Esq.
　　Doreen F. Connor, Esq.
　　Natasha C. Lisman, Esq.